AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RODNEY L. GARROTT,

Plaintiff,

v.

MELISSA ANDREWJESKI, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-391-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Defendants are awarded judgment on the claims asserted against them by Plaintiff pursuant to the Order Granting Defendants' Motion For Summary Judgment entered on June 22, 2012, ECF No. 89.

June 22, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas