1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7

RODNEY L. GARROTT,                    )

8                    Plaintiff,       )        No. CV-10-391-LRS

9          vs.                        )        **ORDER DENYING**
                                      )        **PLAINTIFF'S MOTION**
10                                    )        **FOR RECONSIDERATION**

11  MELISSA ANDREWJESKI,              )
    et al.,                           )

12                    Defendants.     )

13  _____  )

14         **BEFORE THE COURT** is Plaintiff's Motion for Reconsideration

15  pursuant to Fed. R. Civ. P. 59(e).  Plaintiff asks the court to reconsider its June

16  22, 2012 "Order Granting Defendants' Motion For Summary Judgment, *Inter*

17  *Alia*" (ECF No. 89).

18         A Fed. R. Civ. P. 59(e) motion for reconsideration can only be granted

19  when a district court: (1) is presented with newly discovered evidence; or (2)

20  committed clear error or the initial decision was manifestly unjust; or (3) there

21  has been an intervening chance in controlling law. *Dixon v. Wallowa County*,

22  336 F.3d 1013, 1022 (9th Cir. 2003).  A motion for reconsideration is not the

23  time to ask the court to "rethink what it has already thought through." *United*

24  *States v. Rezzonico*, 32 F.Supp.2d 1112, 1116 (D.Ariz.1998).

25         The court thoroughly reviewed the extant record before arriving at its

26  decision to grant summary judgment to Defendants.  That record does not give

27  rise to genuine issues of material fact that Defendants were deliberately

28  indifferent to a substantial risk of serious harm to Plaintiff in violation of the

**ORDER DENYING PLAINTIFF'S**
**MOTION FOR RECONSIDERATION- 1**

Eighth Amendment.  Nor does it give rise to genuine issues of material fact that Defendants negligently failed to protect the Plaintiff.  The new information (exhibits) which Plaintiff includes with his Motion For Reconsideration does not alter that conclusion.  It does not remotely suggest that any of the Defendants  were aware of facts from which they could have and should have drawn an inference that a substantial risk of serious harm to Plaintiff existed, or that they had knowledge or good reason to believe an assault on the Plaintiff was expected by offender Curry, and then later by offender Tyson.

Even assuming Plaintiff's new exhibits constitute "newly discovered evidence," they do not change the outcome.  The court did not a commit a clear error in granting summary judgment to Defendants and this decision is not manifestly unjust.

Plaintiff's Motion for Reconsideration (ECF No. 91) is **DENIED**.

**IT IS SO ORDERED.**  The District Executive shall forward copies of this order to the Plaintiff and to counsel for the Defendants.

**DATED** this ___23rd___ of August, 2012.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Judge

**ORDER DENYING PLAINTIFF'S**
**MOTION FOR RECONSIDERATION- 2**